UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abdou Tall, | |
| Petitioner, | 25-CV-9781 (AS) |
| -against- | |
| William Joyce, et al, | ORDER |
| Respondents. | |

ARUN SUBRAMANIAN, United States District Judge:

Respondents have entered an appearance in this case, and it is the Court's understanding that pro bono counsel for petitioner has been located, although no appearance has been entered. By December 5, 2025, the parties should meet and confer and propose an expedited briefing schedule on the habeas petition. The Court will hold a hearing on the petition the week of December 15, 2025, unless petitioner seeks an earlier hearing date. The parties should propose three dates and times that they would be available. Absent further instructions from the Court, the petitioner should be produced for the hearing.

SO ORDERED.

Dated: December 3, 2025
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge