UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abdou Tall, | |
| Petitioner, | 25-CV-9781 (AS) |
| -against- | |
| | ORDER |
| William Joyce et al., | |
| Respondents. | |

ARUN SUBRAMANIAN, United States District Judge:

In the amended petition, Dkt. 18, ¶ 29, petitioner's counsel indicates that it has been unable to contact their client at the Metropolitan Detention Center. To the extent that counsel is still unable to contact their client, the Court provides the following information:

1.  If counsel wishes to speak with their client, they are instructed to visit during legal visiting hours (8AM-7PM on weekdays, 8AM-3PM on weekends). The Court has been informed by the Bureau of Prisons that each of petitioner's attorneys has been verified by MDC as in good standing with a state bar, and so their names will be added shortly to the list of permitted visitors.

2.  If counsel has any other questions regarding how to reach their client, they can reach the MDC Brooklyn Legal Department at: BRO-LEGALVISIT-S@BOP.GOV.

3.  If counsel continues to be unable to contact their client, they should first meet and confer with respondents' counsel, which may be able to furnish access, and if that doesn't work, they may contact the Court to see if there is further assistance we can provide.

SO ORDERED.

Dated: December 9, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge