UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdou Tall,

                          Petitioner,

          -against-

William Joyce et al.,

                          Respondents.

25-CV-9781 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Court intends to adhere to its decision in *J.G.O. v. Francis*, 2025 WL 3040142 (S.D.N.Y. Oct. 28, 2025). In light of that, petitioner need not brief whether § 1225 or §1226(a) applies. Instead, counsel should address whether any relief other than an immediate bond hearing is requested and the basis for such relief. Respondents argue that a bond hearing is the only relief that is permitted, given that petitioner had an outstanding warrant for his arrest. *See* §1226(a) ("On a warrant issued by the Attorney General, an alien may be arrested and detained . . . ."). If petitioner disagrees, counsel should identify the reasons why and the authorities that support broader relief. Separately, if a bond hearing is ordered, counsel should provide its view on when that hearing should occur, and confirm whether or not counsel will be able to represent petitioner at that hearing.

          SO ORDERED.

Dated:  December 11, 2025
        New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge