UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abdou Tall,<br><br>               Petitioner,<br><br>     -against-<br><br>William Joyce et al.,<br><br>             Respondents. | 25-CV-9781 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at today's conference, by **December 16, 2025**, respondents should consult with the officers involved in petitioner's arrest and update the Court as to (1) whether the officers were aware that petitioner was subject to a warrant and (2) why they arrested petitioner. If respondents will stipulate that the only information they had is what is reflected in Dkt. 20-7, then they can so inform the Court. In that same submission, respondents should address the legal basis for petitioner's arrest and detention under 8 U.S.C. § 1226 given the circumstances at issue. Petitioner may respond by **December 17, 2025** to the government's submission.

Absent direction from the Court based on the filings above, both sides should file letters by **12:00 PM** on **December 18, 2025** responding to the issues raised in today's hearing. These include:

1. Why would a release, as opposed to a bond hearing, be the appropriate remedy if detention would be proper, but pursuant to § 1226, not § 1225?

2. If a bond hearing is the appropriate remedy, what instructions should the Court provide to the Immigration Judge and BIA concerning the parameters of that hearing and any appeal?

3. To the extent not previously addressed by the parties, do the circumstances of the arrest in this case mean that petitioner must be released because he wasn't properly arrested and detained under § 1226?

The hearing initially scheduled for **December 15, 2025** is postponed to **December 19**, **2025** in Courtroom 15A at **10:00 AM**. Petitioner should be produced and present for this hearing.

SO ORDERED.

Dated: December 12, 2025
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge