UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abdou Tall,<br><br>                    Petitioner,<br><br>     -against-<br><br>William Joyce et al.,<br><br>                    Respondents. | 25-CV-9781 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court denies Dkt. 2 as moot in light of the Court's granting of the petition. Dkt. 31.

    SO ORDERED.

Dated: January 5, 2026
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge