UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abdou Tall, | |
| Petitioner, | 25-CV-9781 (AS) |
| -against- | |
| William Joyce et al., | ORDER |
| Respondents. | |

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of Petitioner's motion for attorneys' fees. Dkt. 23. Over the next 14 days, the parties should meet and confer to discuss whether there's any resolution that can be reached between them as to the fee issue. If not, the parties can so inform the Court, and the Court will resolve the motion.

SO ORDERED.

Dated: May 1, 2026
     New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge