UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdou Tall,

Plaintiff,

-against-

William Joyce,

Defendant.

25-CV-9781 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court respectfully directs the Clerk of Court to issue a judgment in favor of petitioner on the merits and denying attorney's fees, and to close this case.

SO ORDERED.

Dated: August 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge