UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDOU TALL,

Petitioner,

-against-

WILLIAM JOYCE.,

Respondent.

25 CIVIL 09781 (AS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated August 5, 2026, judgment entered in favor of petitioner on the merits and denying attorney's fees, and this case is closed.

**Dated:** New York, New York
August 12, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**